DANIEL J. BRODERICK, Bar #89424
Federal Defender

JEFFREY L. STANIELS, Bar #91413
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
LOWELL DALEY HUMPHREY

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 2:08-cr-0213 EJG |
| Plaintiff, | ) | |
| v. | ) | WAIVER OF PRESENCE AND  ORDER EXCUSING APPEARANCE  ON JUNE 13,2008 |
| LOWELL DALEY HUMPHREY, | ) | |
| Defendant. | ) | Date:      June 13, 2008 |
| | ) | Time:      10:00 a.m. |
| | ) | Judge:     Hon. Edward J. Garcia |

Defendant hereby waives the right to be present in person in open court upon the hearing of any further proceeding in this cause, including when a continuance is ordered pursuant to a stipulation of counsel, and when any other action is taken by the court. Defendant hereby requests the court to proceed during every absence of his which the court may permit pursuant to this waiver; agrees that his interests will be deemed represented at all times by the presence of his attorney, the same as if defendant were personally present; and further agrees to be present in court ready for trial any day and hour the court may fix in his absence.

Defendant further acknowledges that he has been informed of his rights under Title 18 United States Code §§ 3161-3174 (Speedy Trial Act), and his constitutional right to be present at every critical stage of the proceedings against him.

DATED:   June 10, 2008          /s /Lowell Daley Humphrey
                                LOWELL DALEY HUMPHREY
                                Defendant
                                (original signed waiver to be maintained in
                                counsel's client file)

APPROVED:

/S/ Jeffrey L. Staniels
JEFFREY L. STANIELS
Assistant Federal Defender
Attorney for Defendant

# O R D E R

Whereas the defendant was arraigned on May 29, 2008, released under pretrial supervision, and ordered to appear this court on June 13, 2008; and

Whereas the court is advised that Mr. Humphrey will be 78 years old on July 6, 2008, has no known prior record of convictions or failures to appear (as confirmed to counsel by Pretrial Services), and

Whereas Mr. Humphrey lives in Redding, California, must drive 166 miles to and from the courthouse, subsists on social security, a small pension, and part-time employment, and reports that gasoline is $4.40 per gallon in Redding as of yesterday, June 9, 2008, and

Whereas counsel for Mr. Humphrey advises that he has conferred with government counsel (AUSA Sean Flynn) and has been advised that the government opposes this request "...only insofar as it would not comport with the court's normal procedure."

Therefore, following consideration of the above, the request to excuse Mr. Humphrey's appearance on June 13, 2008, pursuant to the attached waiver is granted.

**IT IS SO ORDERED** .

By the Court,


June   11   , 2008          /s/ Edward J. Garcia
                            Hon. Edward J. Garcia
                            Senior U.S. District Judge