1  DANIEL J. BRODERICK, Bar #89424
   Federal Defender
2
   JEFFREY L. STANIELS, Bar #91413
3  Assistant Federal Defender
   801 I Street, 3rd Floor
4  Sacramento, California 95814
   Telephone: (916) 498-5700
5
   Attorney for Defendant
6  LOWELL DALEY HUMPHREY

7                    IN THE UNITED STATES DISTRICT COURT
8                   FOR THE EASTERN DISTRICT OF CALIFORNIA
9

10 UNITED STATES OF AMERICA,      )   No. 2:08-cr-0213 EJG
                                  )
11                  Plaintiff,    )
                                  )
12        v.                      )   STIPULATION AND ORDER
                                  )   CONTINUING STATUS CONFERENCE
13                                )   AND EXCLUDING TIME
   LOWELL DALEY HUMPHREY,         )
14                                )   Date: July 18, 2008
                    Defendant.    )   Time: 10:00 a.m.
15                                )   Judge: Hon. Edward J. Garcia
                                  )
16 _____

17        IT IS HEREBY STIPULATED by and between the parties hereto through their

18 respective counsel, Sean Flynn, Assistant United States Attorney, attorney for Plaintiff,

19 and Jeffrey L. Staniels, Assistant Federal Defender, attorney for Defendant, that the status

20 conference hearing date of July 18, 2008 be vacated, and the matter be set for status

21 conference on September 12, 2008 at 10:00 a.m.

22        The reason for this continuance is to allow defense counsel additional time to

23 review discovery with the defendant, to examine possible defenses and to consult about

24 possible resolution of the case.

25 ////

26 ////

27

28

Based upon the foregoing, the parties agree that the time under the Speedy Trial Act should be excluded from July 18, 2008, through and including September 12, 2008 pursuant to 18 U.S.C. §3161 (h)(8)(B)(iv) and Local Code T4.

DATED: July 17, 2008.                    Respectfully submitted,

                    DANIEL J. BRODERICK
                    Federal Public Defender

                    /s/ Jeffrey L. Staniels
                    JEFFREY L. STANIELS
                    Assistant Federal Defender
                    Attorney for Defendant

                    McGREGOR W. SCOTT
                    United States Attorney

DATED: July 17, 2008.                    /s/Sean Flynn
                    SEAN FLYNN
                    Assistant U.S. Attorney
                    Attorney for Plaintiff

## O R D E R

Pursuant to the above stipulation of counsel, time is excluded from today's date through and including September 12, 2008 in the interests of justice pursuant to 18 U.S.C. §3161(h)(8)(B)(iv) [reasonable time to prepare] and Local Code T4.

IT IS SO ORDERED.

DATED: July 17, 2008

        By the Court,

                    /s/ Edward J. Garcia
                    HON. EDWARD J. GARCIA
                    Senior United States District Judge