DANIEL J. BRODERICK, Bar #89424
Federal Defender

JEFFREY L. STANIELS, Bar #91413
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700


Attorney for Defendant
LOWELL DALEY HUMPHREY


IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA


| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. 2:08-cr-0213 EJG |
| ) Plaintiff, ) | |
| ) v. ) | STIPULATION AND ORDER CONTINUING STATUS CONFERENCE |
| ) LOWELL DALEY HUMPHREY, ) | AND EXCLUDING TIME |
| ) Defendant. ) ) | Date:  October 3, 2008 Time:  10:00 a.m. Judge: Hon. Edward J. Garcia |
| _____ ) | |

　　　IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, Sean Flynn, Assistant United States Attorney, attorney for Plaintiff, and Jeffrey L. Staniels, Assistant Federal Defender, attorney for Defendant, that the status conference hearing date of October 3, 2008 be vacated, and the matter be set for status conference on October 24, 2008 at 10:00 a.m.

　　　　　The reason for this continuance is to allow for further defense preparation, and because defense counsel will

be unavailable for the two intervening weeks, and to permit Mr. Humphrey adequate notice to plan to personally appear. Counsel's unavailability is due to already scheduled surgery on October 8, 2008, which will incapacitate him for two days thereafter, and by a planned family visit in New York during the following week.  With respect to Mr. Humphrey's personal appearance, counsel learned only yesterday that he interpreted this court's earlier order, CR 9, excusing Mr. Humphrey from an earlier appearance differently than the court did.  Counsel's belief was that the initial appearance usually required by this court was excused due to the waiver of appearance also filed with the court. CR 8.  Yesterday, counsel was informed that the court intended to excuse Mr. Humphrey from appearing only on June 13, 2008, but not from the obligation to personally appear at a later time.  In light of Mr. Humphrey's advanced age (78) and the shortness of any notice to him that counsel's interpretation of the court's order was incorrect, it is requested that he be permitted to make the appearance on October 24, 2008.
/ / / /
/ / / /
/ / / /
/ / / /

    Based upon the foregoing, the parties agree that the time under the Speedy Trial Act should be excluded from October 3, 2008, through and including October 24, 2008

1  pursuant to 18 U.S.C. §3161(h)(8)(B)(iv) and Local Code T4.

2  Respectfully submitted,

4  DATED: October 2, 2008.          DANIEL J. BRODERICK
                                    Federal Public Defender

6                                    /s/ Jeffrey L. Staniels
                                    JEFFREY L. STANIELS
7                                   Assistant Federal Defender
                                    Attorney for Defendant

                                    McGREGOR W. SCOTT
9                                   United States Attorney

10 DATED: October 2, 2008.          /s/Sean Flynn
                                    SEAN FLYNN
11                                  Assistant U.S. Attorney
12                                  Attorney for Plaintiff

14                              O R D E R

15     Pursuant to the above stipulation of counsel, time is
16 excluded from today's date through and including October 24,
17 2008 in the interests of justice pursuant to 18 U.S.C.
18 §3161(h)(8)(B)(iv) [reasonable time to prepare] and Local
19 Code T4.  Defense counsel is directed to ensure that the
20 defendant personally appears on October 24, 2008.
21     IT IS SO ORDERED.
22                     By the Court,

24 DATED: October 2 2008            /s/ Edward J. Garcia
                                    HON. EDWARD J. GARCIA
25                                  Sr. United States District Judge

3