```
 1  DANIEL J. BRODERICK, Bar #89424
    Federal Defender
 2
    JEFFREY L. STANIELS, Bar #91413
 3  Assistant Federal Defender
    801 I Street, 3rd Floor
 4  Sacramento, California 95814
    Telephone: (916) 498-5700
 5
    Attorney for Defendant
 6  LOWELL DALEY HUMPHREY
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) No. 2:08-cr-0213 EJG |
|---|---|
| Plaintiff, | ) |
| v. | ) STIPULATION AND ORDER<br>) CONTINUING STATUS CONFERENCE<br>) AND EXCLUDING TIME |
| LOWELL DALEY HUMPHREY, | ) |
| Defendant. | ) Date: January 16, 2009<br>) Time: 10:00 a.m.<br>) Judge: Hon. Edward J. Garcia |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, Sean Flynn, Assistant United States Attorney, attorney for Plaintiff, and Jeffrey L. Staniels, Assistant Federal Defender, attorney for Defendant, that the status conference hearing date of January 16, 2009 be vacated, and the matter be set for status conference on February 20, 2009 at 10:00 a.m.

The reason for this continuance is to allow for further defense preparation, and more specifically further forensic examination of computer based evidence by the Federal Defender's paralegal specially trained in this area.

Based upon the foregoing, the parties agree that the

time under the Speedy Trial Act should continue to be excluded from January 16, 2009, through and including February 20, 2009 pursuant to 18 U.S.C. §3161 (h)(8)(B)(iv) and Local Codes T2 & T4.

          Respectfully submitted,

DATED: January 15, 2009     DANIEL J. BRODERICK
Federal Public Defender

/s/ Jeffrey L. Staniels
JEFFREY L. STANIELS
Assistant Federal Defender
Attorney for Defendant

Larry G. Brown
Acting United States Attorney

DATED: January 15, 2009     /s/Sean Flynn
SEAN FLYNN
Assistant U.S. Attorney
Attorney for Plaintiff

O R D E R

Pursuant to the above stipulation of counsel, time is excluded from today's date through and including February 20, 2009 in the interests of justice pursuant to 18 U.S.C.

2

§3161(h)(8)(B)(iv) [reasonable time to prepare] and Local Code T4.

    IT IS SO ORDERED.

              By the Court,

DATED: January 15, 2009    /s/ Edward J. Garcia
                                    HON. EDWARD J. GARCIA
                                    Sr. United States District Judge

3