```
 1  DANIEL J. BRODERICK, Bar #89424
    Federal Defender
 2
    JEFFREY L. STANIELS, Bar #91413
 3  Assistant Federal Defender
    801 I Street, 3rd Floor
 4  Sacramento, California 95814
    Telephone: (916) 498-5700
 5
    Attorney for Defendant
 6  LOWELL DALEY HUMPHREY
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) No. 2:08-cr-0213 EJG |
|---|---|
| Plaintiff, | ) |
| v. | ) STIPULATION AND ORDER CONTINUING ) STATUS CONFERENCE AND EXCLUDING ) TIME |
| LOWELL DALEY HUMPHREY, | ) |
| Defendant. | ) Date: March 20, 2009 ) Time: 10:00 a.m. ) Judge: Hon. Edward J. Garcia |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, Sean Flynn, Assistant United States Attorney, attorney for Plaintiff, and Jeffrey L. Staniels, Assistant Federal Defender, attorney for Defendant, that the status conference hearing date of March 20, 2009 be vacated, and the matter be set for status conference on April 17, 2009 at 10:00 a.m.

The reason for this continuance is to allow for further defense preparation, and more specifically for forensic examination of computer based evidence by the Federal Defender's paralegal specially trained in this area. Since the last scheduled status conference government counsel has succeeded in arranging for the transfer of the computer to Sacramento, and has relayed notice from his agents that the computer arrived yesterday.

Based upon the foregoing, the parties agree that the time under the Speedy Trial Act should continue to be excluded from March 20, 2009, through and including April 17, 2009 pursuant to 18 U.S.C. §3161(h)(8)(B)(iv) and Local Codes T2 & T4.

Respectfully submitted,

DATED: March 18, 2009  DANIEL J. BRODERICK
Federal Public Defender

 /s/ Jeffrey L. Staniels
JEFFREY L. STANIELS
Assistant Federal Defender
Attorney for Defendant

Larry G. Brown
Acting United States Attorney

DATED: March 18, 2009   /s/Sean Flynn
SEAN FLYNN
Assistant U.S. Attorney
Attorney for Plaintiff

O R D E R

Pursuant to the above stipulation of counsel, time is excluded from today's date through and including April 17, 2009 in the interests of justice pursuant to 18 U.S.C. §3161(h)(8)(B)(iv) [reasonable time to prepare] and Local Code T4.

IT IS SO ORDERED.

By the Court,

DATED: March 19, 2009   /s/ Edward J. Garcia
HON. EDWARD J. GARCIA
Senior United States District Judge

2