DANIEL J. BRODERICK, Bar #89424
Federal Defender

JEFFREY L. STANIELS, Bar #91413
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
LOWELL DALEY HUMPHREY

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>  v.<br><br>LOWELL DALEY HUMPHREY,<br><br>        Defendant.<br>_____ | No. 2:08-cr-0213 EJG<br><br>STIPULATION AND ORDER CONTINUING STATUS CONFERENCE AND EXCLUDING TIME<br><br>Date: April 17, 2009<br>Time: 10:00 a.m.<br>Judge: Hon. Edward J. Garcia |

    IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, Sean Flynn, Assistant United States Attorney, attorney for Plaintiff, and Jeffrey L. Staniels, Assistant Federal Defender, attorney for Defendant, that the status conference hearing date of April 17, 2009 be vacated, and the matter be set for status conference on May 15, 2009 at 10:00 a.m.

    The reason for this continuance is to allow for further defense preparation, and more specifically for forensic examination of computer based evidence by the Federal Defender's paralegal specially trained in this area. Since the last scheduled status conference government the computer involved has been transferred from San Francisco to the Sacramento area. Inspection of the contents has been scheduled to coincide with the presence on April 20, 2009, of an out-of-district

forensic expert who will consult on this and another Federal Defender case .

Based upon the foregoing, the parties agree that the time under the Speedy Trial Act should continue to be excluded from May 15, 2009, through and including May 15, 2009 pursuant to 18 U.S.C. §3161 (h)(8)(A) & (B)(ii) & (iv), Local Codes T2 & T4.

Respectfully submitted,

DATED: April 15, 2009       DANIEL J. BRODERICK
                            Federal Public Defender


                             /s/ Jeffrey L. Staniels
                            JEFFREY L. STANIELS
                            Assistant Federal Defender
                            Attorney for Defendant

                            Larry G. Brown
                            Acting United States Attorney

DATED: April 15, 2009        /s/Sean Flynn
                            SEAN FLYNN
                            Assistant U.S. Attorney
                            Attorney for Plaintiff

2

| | |
|---|---|
| | O R D E R |

Pursuant to the above stipulation of counsel, time is excluded from today's date through and including May 15, 2009 in the interests of justice pursuant to 18 U.S.C. §3161(h)(8)(A) &(B)(ii) & (iv), Local Codes T2 & T4.

IT IS SO ORDERED.

By the Court,

DATED: April 16, 2009  /s/ Edward J. Garcia
HON. EDWARD J. GARCIA
Senior United States District Judge