DANIEL J. BRODERICK, Bar #89424
Federal Defender

JEFFREY L. STANIELS, Bar #91413
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
LOWELL DALEY HUMPHREY

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>  v.<br><br>LOWELL DALEY HUMPHREY,<br><br>          Defendant.<br>_____ | No. 2:08-cr-0213 EJG<br><br>STIPULATION AND ORDER CONTINUING STATUS CONFERENCE AND EXCLUDING TIME<br><br>Date: May 15, 2009<br>Time: 10:00 a.m.<br>Judge: Hon. Edward J. Garcia |

    IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, Sean Flynn, Assistant United States Attorney, attorney for Plaintiff, and Jeffrey L. Staniels, Assistant Federal Defender, attorney for Defendant, that the status conference hearing date of May 15, 2009 be vacated, and the matter be set for status conference on June 19, 2009 at 10:00 a.m.

    The reason for this continuance is to allow for further defense preparation, and more specifically for further forensic examination of computer based evidence. Since the last continuance the Federal Defender's paralegal and a computer expert have undertaken a review of the evidence. Further examination by the expert has been deemed necessary.

    Based upon the foregoing, the parties agree that the time under

the Speedy Trial Act should continue to be excluded from June 19, 2009, through and including June 19, 2009 pursuant to 18 U.S.C. §3161 (h)(8)(A) & (B)(ii) & (iv), Local Codes T2 & T4.

Respectfully submitted,

DATED: May 14, 2009          DANIEL J. BRODERICK
                             Federal Public Defender


                             /s/ Jeffrey L. Staniels
                             JEFFREY L. STANIELS
                             Assistant Federal Defender
                             Attorney for Defendant

                             Larry G. Brown
                             Acting United States Attorney

DATED: May 14, 2009          /s/Sean Flynn
                             SEAN FLYNN
                             Assistant U.S. Attorney
                             Attorney for Plaintiff

2

O R D E R

Pursuant to the above stipulation of counsel, time is excluded from today's date through and including June 19, 2009 in the interests of justice pursuant to 18 U.S.C. §3161(h)(8)(A) &(B)(ii) & (iv), Local Codes T2 & T4.

IT IS SO ORDERED.

By the Court,

DATED: May 14, 2009           /s/ Edward J. Garcia
                              HON. EDWARD J. GARCIA
                              Senior Judge
                              United States District Court