DANIEL J. BRODERICK, Bar #89424
Federal Defender

JEFFREY L. STANIELS, Bar #91413
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700


Attorney for Defendant
LOWELL DALEY HUMPHREY


IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA


| UNITED STATES OF AMERICA, | ) No. 2:08-cr-0213 EJG |
|---|---|
| Plaintiff, | ) |
| v. | ) STIPULATION AND ORDER<br>) CONTINUING STATUS CONFERENCE<br>) AND EXCLUDING TIME |
| LOWELL DALEY HUMPHREY, | ) |
| Defendant. | ) Date: September 25, 2009<br>) Time: 10:00 a.m.<br>) Judge: Hon. Edward J. Garcia |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, Sean Flynn, Assistant United States Attorney, attorney for Plaintiff, and Jeffrey L. Staniels, Assistant Federal Defender, attorney for Defendant, that the status conference hearing date of September 25, 2009 be vacated, and the matter be set for status conference on November 13, 2009 at 10:00 a.m.

The reason for this continuance is to allow for receipt of information from defendant's computer expert. Since the last continuance the expert has come to Sacramento

and examined the computer.  While it had been expected that the expert would come to Sacramento in early September, the expert's schedule delayed her examination until September 24, 2009.  Defense counsel's paralegal advised that the expert had to return to her office in Arizona in order to complete her evaluation and advise counsel of her findings.

The November 13, 2009, also seeks to accommodate defense counsel's schedule which includes a short trip to Pennsylvania for a memorial service and a two week trial before Judge Karlton scheduled for October 27, 2009.

Based upon the foregoing information, the parties agree that time for trial under the Speedy Trial Act should be excluded from September 25, 2009, through and including November 13, 2009 pursuant to 18 U.S.C. §3161 (h)(7)(B)(iv), and Local Code T4.

Respectfully submitted,


DATED:  September 24, 2008.     DANIEL J. BRODERICK
                                Federal Public Defender


                                 /s/ Jeffrey L. Staniels
                                JEFFREY L. STANIELS
                                Assistant Federal Defender
                                Attorney for Defendant

                                McGREGOR W. SCOTT
                                United States Attorney


DATED:  September 24, 2008.      /s/Sean Flynn
                                SEAN FLYNN
                                Assistant U.S. Attorney
                                Attorney for Plaintiff

2

O R D E R

Pursuant to the above stipulation of counsel, the request for a continuance is granted.  The status conference set for September 25, 2009, is VACATED.  A status conference is hereby scheduled for November 13, 2009, at 10:00 a.m. on this court's regular criminal calendar.  Time for trial under the Speedy Trial Act is excluded from today's date through and including November 13, 2009, in the interests of justice pursuant to 18 U.S.C. §3161(h)(7)(B)(iv) [reasonable time to prepare] and Local Code T4.

IT IS SO ORDERED.

By the Court,

DATED: September 24, 2009      /s/ Edward J. Garcia
                               HON. EDWARD J. GARCIA
                               Sr. United States District Judge

3