```
 1  DANIEL J. BRODERICK, Bar #89424
    Federal Defender
 2
    JEFFREY L. STANIELS, Bar #91413
 3  Assistant Federal Defender
    801 I Street, 3rd Floor
 4  Sacramento, California 95814
    Telephone: (916) 498-5700
 5
 6  Attorney for Defendant
    LOWELL DALEY HUMPHREY
 7
 8
 9              IN THE UNITED STATES DISTRICT COURT
10            FOR THE EASTERN DISTRICT OF CALIFORNIA
11
12
13  UNITED STATES OF AMERICA,  ) No. 2:08-cr-0213 EJG
                               )
14              Plaintiff,     )
                               ) STIPULATION AND ORDER
15       v.                    ) CONTINUING STATUS CONFERENCE
                               ) AND EXCLUDING TIME
16  LOWELL DALEY HUMPHREY,     )
                               ) Date:  December 16, 2009
17              Defendant.     ) Time:  10:00 a.m.
                               ) Judge: Hon. Edward J. Garcia
18  _____  )
19
20       IT IS HEREBY STIPULATED by and between the parties
21  hereto through their respective counsel, Sean Flynn,
22  Assistant United States Attorney, attorney for Plaintiff, and
23  Jeffrey L. Staniels, Assistant Federal Defender, attorney for
24  Defendant, that the status conference hearing date of
25  December 16, 2009 be vacated, and the matter be set for
26  status conference on January 8, 2010 at 10:00 a.m.
27  / / /
28  Humphrey Stip/Order
```

1  The reason for this continuance is to allow defense
2  counsel additional time to review discovery with the
3  defendant, to examine possible defenses and to consult about
4  possible resolution of the case.
5  Based upon the foregoing information, the parties agree
6  that time for trial under the Speedy Trial Act should be
7  excluded from December 16, 2009, through and including
8  January 8, 2010 pursuant to 18 U.S.C. §3161 (h)(7)(B)(iv),
9  and Local Code T4.

Respectfully submitted,

DATED: December 14, 2009         DANIEL J. BRODERICK
                                 Federal Public Defender

                                  /s/ Jeffrey L. Staniels
                                 JEFFREY L. STANIELS
                                 Assistant Federal Defender
                                 Attorney for Defendant

                                 BENJAMIN WAGNER
                                 United States Attorney

DATED: December 14, 2009          /s/Sean Flynn
                                 SEAN FLYNN
                                 Assistant U.S. Attorney
                                 Attorney for Plaintiff

**O R D E R**

Pursuant to the above stipulation of counsel, the
request for a continuance is granted.  The status conference
set for December 16, 2009, is VACATED.  A status conference

Humphrey Stip/Order              2

is hereby scheduled for January 8, 2010, at 10:00 a.m. on this court's regular criminal calendar.  Time for trial under the Speedy Trial Act is excluded from today's date through and including January 8, 2010, in the interests of justice pursuant to 18 U.S.C. §3161(h)(7)(B)(iv) [reasonable time to prepare] and Local Code T4.

**IT IS SO ORDERED.**

By the Court,

December 15, 2009                /s/ Edward J. Garcia
                                 EDWARD J. GARCIA
                                 United States District Judge

Humphrey Stip/Order              3