DANIEL J. BRODERICK, Bar #89424
Federal Defender

JEFFREY L. STANIELS, Bar #91413
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
LOWELL DALEY HUMPHREY

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 2:08-cr-0213 EJG |
| Plaintiff, | |
| v. | STIPULATION AND [PROPOSED] ORDER CONTINUING STATUS CONFERENCE AND EXCLUDING TIME |
| LOWELL DALEY HUMPHREY, | |
| Defendant. | Date: January 8, 2010<br>Time: 10:00 a.m.<br>Judge: Hon. Edward J. Garcia |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, Sean Flynn, Assistant United States Attorney, attorney for Plaintiff, and Jeffrey L. Staniels, Assistant Federal Defender, attorney for Defendant, that the status conference hearing date of January 8, 2010, be vacated, and the matter be set for status conference on February 12, 2010 at 10:00 a.m. It is expected that Mr. Humphrey will change his plea at that time, pursuant to the terms of a plea agreement, currently proposed by the government and under consideration by the defense.

Humphrey Stip/Order

The reason for this continuance is to allow defense counsel additional time to review the terms of the agreement with Mr. Humphrey and to resolve any possible objections to factual matters related to the case.

Based upon the foregoing information, the parties agree that time for trial under the Speedy Trial Act should be excluded from January 8, 2010, through and including February 12, 2010 pursuant to 18 U.S.C. §3161 (h)(7)(B)(iv), and Local Code T4.

Respectfully submitted,

DATED: January 7, 2010

DANIEL J. BRODERICK
Federal Public Defender

/s/ Jeffrey L. Staniels
JEFFREY L. STANIELS
Assistant Federal Defender
Attorney for Defendant

BENJAMIN WAGNER
United States Attorney

DATED: January 7, 2010

/s/Sean Flynn
SEAN FLYNN
Assistant U.S. Attorney
Attorney for Plaintiff

**O R D E R**

Pursuant to the above stipulation of counsel, the request for a continuance is granted.  The status conference set for January 8, 2010, is VACATED.  A status conference is hereby scheduled for February 12, 2010, at 10:00 a.m. on this court's regular criminal calendar.  Time for trial under the Speedy Trial Act is excluded from today's date through and including February 12, 2010, in the interests of justice pursuant to 18 U.S.C. §3161(h)(7)(B)(iv) [reasonable time to prepare] and Local Code T4.

**IT IS SO ORDERED.**

DATED: January 7, 2010     /s/Edward J. Garcia
                           HON. EDWARD J. GARCIA
                           Senior United States District Judge

Humphrey Stip/Order                3