DANIEL J. BRODERICK, Bar #89424
Federal Defender

JEFFREY L. STANIELS, Bar #91413
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
LOWELL DALEY HUMPHREY

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>LOWELL DALEY HUMPHREY,<br><br>　　　　　Defendant.<br>_____ | No. 2:08-cr-0213 EJG<br><br>STIPULATION AND ORDER CONTINUING STATUS CONFERENCE AND EXCLUDING TIME<br><br>Date: February 12, 2010<br>Time: 10:00 a.m.<br>Judge: Hon. Edward J. Garcia |

　　　IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, Sean Flynn, Assistant United States Attorney, attorney for Plaintiff, and Jeffrey L. Staniels, Assistant Federal Defender, attorney for Defendant, that the status conference hearing date of February 12, 2010, be vacated, and the matter be set for status conference on March 12, 2010 at 10:00 a.m. It is expected that Mr. Humphrey will enter a plea in this case.

　　　Contrary to defense counsel's expectations at the time the last continuance was granted, additional consultation

Humphrey Stip/Order

with Mr. Humphrey and with counsel's forensics expert is needed in order to fully advise Mr. Humphrey regarding the terms of a proposed plea agreement and with respect to likely issues expected to arise in connection with sentencing.

The reason for the March date requested for this continuance is that counsel's expert is engaged as a witness in a case currently in trial in Pennsylvania.  The time zone difference makes it difficult to find a time when a planned conference call can occur with all necessary participants.

Based upon the foregoing information, the parties agree that time for trial under the Speedy Trial Act should be excluded from February 12, 2010, through and including March 12, 2010 pursuant to 18 U.S.C. §3161 (h)(7)(B)(iv), and Local Code T4.

Respectfully submitted,

DATED:  February 9, 2010         DANIEL J. BRODERICK
                                 Federal Public Defender

                                  /s/ Jeffrey L. Staniels
                                 JEFFREY L. STANIELS
                                 Assistant Federal Defender
                                 Attorney for Defendant


                                 BENJAMIN WAGNER
                                 United States Attorney

DATED:  February 9, 2010          /s/Sean Flynn
                                 SEAN FLYNN
                                 Assistant U.S. Attorney
                                 Attorney for Plaintiff


Humphrey Stip/Order              2

# O R D E R

Pursuant to the above stipulation of counsel, the request for a continuance is granted.  The status conference set for February 12, 2010, is VACATED.  A status conference is hereby scheduled for March 12, 2010, at 10:00 a.m. on this court's regular criminal calendar.  Time for trial under the Speedy Trial Act is excluded from today's date through and including March 12, 2010, in the interests of justice pursuant to 18 U.S.C. §3161(h)(7)(B)(iv) [reasonable time to prepare] and Local Code T4.

**IT IS SO ORDERED.**

By the Court,

DATED: February 10, 2010     /s/ Edward J. Garcia
                             HON. EDWARD J. GARCIA
                             Senior Judge
                             United States District Court

Humphrey Stip/Order                    3