DANIEL J. BRODERICK, Bar #89424
Federal Defender

JEFFREY L. STANIELS, Bar #91413
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
LOWELL DALEY HUMPHREY

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 2:08-cr-0213 EJG |
| Plaintiff, | |
| v. | STIPULATION AND ORDER CONTINUING STATUS CONFERENCE AND EXCLUDING TIME |
| LOWELL DALEY HUMPHREY, | |
| Defendant. | Date: March 12, 2010<br>Time: 10:00 a.m.<br>Judge: Hon. Edward J. Garcia |

   IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, Sean Flynn, Assistant United States Attorney, attorney for Plaintiff, and Jeffrey L. Staniels, Assistant Federal Defender, attorney for Defendant, that the status conference hearing date of March 12, 2010, be vacated, and the matter be set for status conference on April 9, 2010 at 10:00 a.m. It is expected that Mr. Humphrey will enter a plea in this case.

   When the last continuance was granted, counsel advised that additional consultation with Mr. Humphrey and with

Humphrey Stip/Order

counsel's forensics expert was needed in order to fully advise Mr. Humphrey regarding the terms of a proposed plea agreement and with respect to likely issues expected to arise in connection with sentencing.  Since that time counsel's forensics expert has been unavailable due to her involvement in other cases which caused her to travel to the Eastern United States and in the Midwest.  As of this writing she has not returned to her office and has not been able to consult with me.

Based upon the foregoing information, the parties agree that time for trial under the Speedy Trial Act should be excluded from March 12, 2010, through and including April 9, 2010 pursuant to 18 U.S.C. §3161 (h)(7)(B)(iv), and Local Code T4.

Respectfully submitted,

DATED:  March 11, 2010         DANIEL J. BRODERICK
                               Federal Public Defender

                                /s/ Jeffrey L. Staniels
                               JEFFREY L. STANIELS
                               Assistant Federal Defender
                               Attorney for Defendant


                               BENJAMIN WAGNER
                               United States Attorney

DATED:  March 11, 2010          /s/Sean Flynn
                               SEAN FLYNN
                               Assistant U.S. Attorney
                               Attorney for Plaintiff


Humphrey Stip/Order            2

**O R D E R**

Pursuant to the above stipulation of counsel, the request for a continuance is granted. The status conference set for March 12, 2010, is VACATED. A status conference is hereby scheduled for April 9, 2010, at 10:00 a.m. on this court's regular criminal calendar. Time for trial under the Speedy Trial Act is excluded from today's date through and including April 9, 2010, in the interests of justice pursuant to 18 U.S.C. §3161(h)(7)(B)(iv) [reasonable time to prepare] and Local Code T4.

**IT IS SO ORDERED.**

By the Court,

DATED: March 11, 2010        /s/ Edward J. Garcia
                             HON. EDWARD J. GARCIA
                             Senior Judge
                             United States District Court

Humphrey Stip/Order                3