DANIEL J. BRODERICK, Bar #89424
Federal Defender

JEFFREY L. STANIELS, Bar #91413
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
LOWELL DALEY HUMPHREY

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>    v.<br><br>LOWELL DALEY HUMPHREY,<br><br>            Defendant.<br>_____ | ) No. 2:08-cr-0213 EJG<br>)<br>) STIPULATION AND ORDER<br>) CONTINUING STATUS CONFERENCE<br>) AND EXCLUDING TIME<br>)<br>) Date: April 9, 2010<br>) Time: 10:00 a.m.<br>) Judge: Hon. Edward J. Garcia<br>) |

   IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, Sean Flynn, Assistant United States Attorney, attorney for Plaintiff, and Jeffrey L. Staniels, Assistant Federal Defender, attorney for Defendant, that the status conference hearing date of April 9, 2010 be vacated, and the matter be set for status conference on April 30, 2010 at 10:00 a.m.

   This continuance is being requested because counsel for defendant confirmed just today the terms for a plea agreement

Humphrey Stip/Order

and also a confirmed version of a plea agreement.  Defense counsel needs additional time to review this with Mr. Humphrey, in light of his advanced age (80 years old) and the approximate 175 mile trip from his residence to the courthouse.

Based upon the foregoing information, the parties agree that time for trial under the Speedy Trial Act should be excluded from April 9, 2010, through and including April 30, 2010 pursuant to 18 U.S.C. §3161 (h)(7)(B)(iv), and Local Code T4.

                                      Respectfully submitted,

DATED: April 8, 2010         DANIEL J. BRODERICK
                                      Federal Public Defender

                                      /s/ Jeffrey L. Staniels
                                      JEFFREY L. STANIELS
                                      Assistant Federal Defender
                                      Attorney for Defendant

                                      BENJAMIN WAGNER
                                      United States Attorney

DATED: April 8, 2010         /s/Sean Flynn
                                      SEAN FLYNN
                                      Assistant U.S. Attorney
                                      Attorney for Plaintiff

**O R D E R**

Pursuant to the above stipulation of counsel, the request for a continuance is granted.  The status conference

1  set for April 9, 2010, is VACATED.  A status conference is
2  hereby scheduled for April 30, 2010, at 10:00 a.m. on this
3  court's regular criminal calendar.  Time for trial under the
4  Speedy Trial Act is excluded from today's date through and
5  including April 30, 2010, in the interests of justice
6  pursuant to 18 U.S.C. §3161(h)(7)(B)(iv) [reasonable time to
7  prepare] and Local Code T4.
8  **IT IS SO ORDERED.**
9                  By the Court,
10
11 DATED: April 9, 2010        /s/ Edward J. Garcia
                                HON. EDWARD J. GARCIA
12                              Senior Judge
                                United States District Court
13

Humphrey Stip/Order                    3