DANIEL J. BRODERICK, Bar #89424
Federal Defender

JEFFREY L. STANIELS, Bar #91413
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
LOWELL DALEY HUMPHREY

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>LOWELL DALEY HUMPHREY,<br><br>　　　　　　Defendant.<br>_____ | No. 2:08-cr-0213 EJG<br><br>STIPULATION AND ORDER<br>CONTINUING CASE AND<br>MODIFYING SCHEDULE FOR<br>SENTENCE RELATED DEADLINES<br><br>Date: August 12, 2010<br>Time: 10:00 a.m.<br>Judge: Hon. Edward J. Garcia |

　　IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, Michelle Prince, Assistant United States Attorney, attorney for Plaintiff, and Jeffrey L. Staniels, Assistant Federal Defender, attorney for Defendant, that the judgment and sentencing hearing date of August 12, 2010 be vacated and the matter be re-calendared for September 10, 2010.  This change in schedule is requested by both parties in light of the impending departure of Sean Flynn from the U.S. Attorney's Office, the schedules of

Humphrey Stip/Order

counsel for both parties, and the anticipated need for review of the presentence report and filing of motions. The following schedule of disclosures and deadlines, which results from consultation between counsel and with the assigned probation officer is as follows:

| | |
|---|---|
| Disclosure of draft presentence report | July 31, 2010 |
| Informal Objections | August 13, 2010 |
| Final Presentence Report | August 20, 2010 |
| Formal Objections / Motion to Correct PSR | August 27, 2010 |
| Oppositions/Replies to Motions to Correct | September 3, 2010 |
| Judgment and Sentencing | September 10, 2010 |

Respectfully submitted,

DATED: July 15, 2010        DANIEL J. BRODERICK
                            Federal Public Defender

                             /s/ Jeffrey L. Staniels
                            JEFFREY L. STANIELS
                            Assistant Federal Defender
                            Attorney for Defendant


                            BENJAMIN WAGNER
                            United States Attorney

DATED: July 15, 2010         /s/ Michelle Prince
                            MICHELLE PRINCE
                            Assistant U.S. Attorney
                            Attorney for Plaintiff

Humphrey Stip/Order                 2

**O R D E R**

Pursuant to the above stipulation of counsel, the request for a continuance is granted.  The hearing on judgment and sentence set for August 12, 2010, is VACATED and recalendared for September 10, 2010. The schedule of disclosures and filing deadlines set forth in the above stipulation is hereby APPROVED.

**IT IS SO ORDERED.**

By the Court,

DATED: July 20, 2010      /s/ Edward J. Garcia
                          HON. EDWARD J. GARCIA
                          Senior Judge
                          United States District Court

Humphrey Stip/Order                3