UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

MEMORANDUM

FILED
AUG 1 2 2010
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____

Honorable Edward J. Garcia
Senior United States District Judge
Sacramento, California

RE: **Lowell Daley HUMPHREY**
Docket Number: 2:08CR00213-01
**CONTINUANCE OF JUDGMENT
AND SENTENCING**

c/ EJG

Your Honor:

Per agreement with both counsel, it is respectfully requested that the above-referenced case be continued from September 10, 2010 to October 1, 2010 at 10:00 a.m. (See attached amended Schedule for Disclosure.)

**REASON FOR CONTINUANCE:** Unavailability of the Probation Officer to complete the presentence investigation report.

By copy of this memorandum, the Court Clerk is being requested to make appropriate changes in the Court calendar.

Respectfully submitted,

THBr

**THOMAS H. BROWN**
Senior United States Probation Officer

**REVIEWED BY:** Jeffrey C. Oestreich

Jeffrey C. Oestreicher
**Supervising United States Probation Officer**

Dated: August 10, 2010
Sacramento, California
THB:thb

Attachment

1

Rev. 10/2009
CONTINUANCE ~ TO JUDGE (EJG).MRG

**RE:**  **Lowell Daley HUMPHREY**
    **Docket Number:  2:08CR00213-01**
    **CONTINUANCE OF JUDGMENT AND SENTENCING**

cc:    Clerk, United States District Court
    United States Attorney's Office
    United States Marshal's Office
    Federal Defender (If defense counsel is court-appointed)
    Probation Office Calendar clerk

✓ **Approved**      _____    8/11/10
             **EDWARD J. GARCIA**
             **Senior United States District Judge**    **Date**

___ **Disapproved**

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA | Docket Number:  2:08CR00213-01 |
| Plaintiff, | SCHEDULE FOR DISCLOSURE OF PRESENTENCE REPORT AND FOR FILING OF OBJECTIONS TO THE PRESENTENCE REPORT |
| vs. | |
| LOWELL DALEY HUMPHREY | |
| Defendant. / | |

The Probation Officer and all parties shall adhere to this schedule unless it is later modified by this Court:

| | |
|---|---|
| Judgment and Sentencing Date: | 10/01/2010 @ 10 a.m. |
| Reply, or Statement of Non-Opposition: | 09/24/2010 |
| Motion for Correction of the Presentence Report shall be filed with the Court and served on the Probation Officer and opposing counsel no later than: | 09/17/2010 |
| The Presentence Report shall be filed with the Court and disclosed to counsel no later than: | 09/10/2010 |
| Counsel's written objections to the Presentence Report shall be delivered to the Probation Officer and opposing counsel no later than: | 09/03/2010 |
| The proposed Presentence Report shall be disclosed to counsel no later than: | 08/20/2010 |