BENJAMIN B. WAGNER
United States Attorney
MICHELLE A. PRINCE
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2758

**FILED**

SEP 14 2010


CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
              DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

C/EJG

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>                             )<br>          Plaintiff,         )<br>                             )<br>                             )<br>     v.                      )<br>                             )<br>LOWELL HUMPHREY,             )<br>                             )<br>          Defendant.         )<br>                             )<br>_____) | Case. No.2:08-CR-00213 EJG<br><br>STIPULATION RE: CONTINUANCE<br>OF JUDGMENT AND SENTENCE<br><br>Date: October 1, 2010<br>Time: 10:00 a.m.<br>Hon. Edward J. Garcia |

It is hereby stipulated by and between the United States of America through Michelle Prince, Assistant United States Attorney, and defendant Lowell Daley Humphrey, by and through his counsel, Jeff Staniels, Esq., that the hearing on Judgment and Sentence currently set for October 1, 2010, be vacated and reset for October 15, 2010 at 10:00 a.m.

DATED: September 12, 2010         /s/ Michelle A. Prince for
                                  JEFF STANIELS, ESQ.
                                  Attorney for Defendant


IT IS SO ORDERED

_Edward J. Garcia_
9/14/10