1  BENJAMIN B. WAGNER
   United States Attorney
2  MICHELLE A. PRINCE
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, California  95814
4  Telephone: (916) 554-2700

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 2:08-CR-00213-EJG |
|  | ) |  |
| Plaintiff, | ) | FINAL ORDER OF FORFEITURE |
|  | ) |  |
| v. | ) |  |
|  | ) |  |
| LOWELL DALEY HUMPHREY, | ) |  |
|  | ) |  |
| Defendant. | ) |  |
| _____ | ) |  |

WHEREAS, on or about May 18, 2010, this Court entered a Preliminary Order of Forfeiture pursuant to the provisions of 18 U.S.C. § 2253, based upon the plea agreement entered into between plaintiff and defendant Lowell Daley Humphrey forfeiting to the United States the following property:

  a)  One Compaq Presario Computer, model S6200CL, serial number MXK406026B;

  b)  One Seagate Computer hard drive (120 GB), serial number 5JT11MXM;

  c)  One Simpletech external computer hard drive (160 GB), serial number 0521069911;

  d)  One Compaq computer monitor, model number FP7317, serial number CNN40614F4;

  e)  One Compaq wireless computer keyboard, model

    number RFKB-15; and

  f) Two Altec Lansing computer speakers, model number VS4121.

  AND WHEREAS, beginning on May 25, 2010, for at least 30 consecutive days, the United States published notice of the Court's Order of Forfeiture on the official internet government forfeiture site www.forfeiture.gov.  Said published notice advised all third parties of their right to petition the Court within sixty (60) days from the first day of publication of the notice for a hearing to adjudicate the validity of their alleged legal interest in the forfeited property;

  AND WHEREAS, the Court has been advised that no third party has filed a claim to the subject property, and the time for any person or entity to file a claim has expired.

  Accordingly, it is hereby ORDERED and ADJUDGED:

  1.  A Final Order of Forfeiture shall be entered forfeiting to the United States of America all right, title, and interest in the above-listed property pursuant to 18 U.S.C. § 2253, to be disposed of according to law, including all right, title, and interest of Lowell Daley Humphrey.

  2.  All right, title, and interest in the above-listed property shall vest solely in the name of the United States of America.

  3.  The Department of Homeland Security, Customs and Border

///
///
///
///

1 Protection shall maintain custody of and control over the subject
2 property until it is disposed of according to law.
3      SO ORDERED this <u>1st</u> day of <u>November</u>, 2010.

         <u>/s/ Edward J. Garcia</u>
         EDWARD J. GARCIA
         United States District Judge