```
 1  DANIEL J. BRODERICK, #89424
    Federal Defender
 2  JEFFREY L. STANIELS, Bar #91413
    Assistant Federal Defender
 3  801 I Street, 3rd Floor
    Sacramento, California 95814
 4  Telephone: (916) 498-5700

 5  Attorney for Defendant
    LOWELL DALEY HUMPHREY
 6
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) No. 2:08-cr-0213 EJG |
|---|---|
| Plaintiff, | ) |
| | ) STIPULATION AND ORDER VACATING |
| v. | ) ORDER FOR SELF-SURRENDER AND |
| | ) SETTING NEW SELF-SURRENDER DATE |
| LOWELL DALEY HUMPHREY, | ) |
| | ) Judge:   Hon. Edward J. Garcia |
| Defendant. | )           (In Chambers) |
| _____ | ) |

**IT IS HEREBY STIPULATED** by and between Assistant United States Attorney Michelle Prince, counsel for Plaintiff, and Assistant Federal Defender Jeffrey Staniels, counsel for defendant LOWELL DALEY HUMPHREY, that the order that Mr. Humphrey self-surrender at the designated institution not later than 2:00 p.m. on November 19, 2010, be vacated and a new surrender date of December 2, 2010 be set.  This extension is requested because undersigned counsel gave belated notice to Mr. Humphrey of the date, and it turns out that Mr. Humphrey's grandson is unable to transport Mr. Humphrey to FCI Lompoc, the designated institution.

In support of this request and as the court will recall, Mr. Humphrey is 80 years old and on a number of medications for high blood pressure and high cholesterol, and has limited physical mobility which

makes continuity of medical care problematic if he must report to local custody. Additionally, the delayed notice to Mr. Humphrey occurred through no fault of his. Alternatives to transport by Mr. Humphrey's grandson, including public transportation options are being actively explored at this time.

**IT IS SO STIPULATED.**

Date:  November 17, 2010         /s/ Michelle Prince
                                 MICHELLE PRINCE
                                 Assistant United States Attorney
                                 Counsel for Plaintiff


Date:  November 17, 2010         DANIEL J. BRODERICK
                                 Federal Defender


                                 /s/ Jeffrey L. Staniels
                                 JEFFREY L. STANIELS
                                 Assistant Federal Defender
                                 Counsel for Defendant
                                 LOWELL DALEY HUMPHREY


### O R D E R

For the reasons set forth in the accompanying stipulation, the request to vacate the current surrender date and set a new surrender date of December 2, 2010, not later than 2:00 p.m. is hereby **GRANTED**.

**IT IS SO ORDERED.**

                    By the Court,


Date:  November 18, 2010         /s/ Edward J. Garcia
                                 Hon. Edward J. Garcia
                                 Senior United States District Judge


Stipulation and Order            -2-